**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 238 MAL 2023

       Respondent      :

                            :   Petition for Allowance of Appeal

                            :   from the Order of the Superior Court

          v.                :

                            :

MELISSA LIN KEISTER,           :

                            :

       Petitioner        :

## ORDER

**PER CURIAM**

       **AND NOW**, this 4th day of October, 2023, the Petition for Allowance of Appeal is **DENIED**.